IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              Case No. 1:22-cr-10019

TRICIA MACHELLE REAVES                                                           DEFENDANT

## **ORDER**

Before the Court is Defendant Tricia Machelle Reaves's Motion for Early Termination of Supervised Release.  ECF No. 2.  No response is necessary, and the Court finds the matter ripe for consideration.

On December 3, 2018, The Honorable Reed C. O'Connor of the United States District Court for the Northern District of Texas-Fort Worth Division sentenced Defendant to forty-six (46) months imprisonment followed by three (3) years supervised release for maintaining a drug-involved premises in violation of 21 U.S.C. § 856(a)(1).  Judge O'Connor also imposed a special assessment of $100.  On October 6, 2021, Defendant began her term of supervision, and that term is scheduled to expire on October 5, 2024.  Defendant relocated to Warren, Arkansas, and the United States District Court for the Northern District of Texas-Fort Worth Division subsequently transferred jurisdiction to the United States District Court for the Western District of Arkansas, effective November 29, 2022.

On December 21, 2022, Defendant filed the instant motion, seeking early termination of her three-year term of supervision.  As of the date of the instant order, Defendant has served approximately one year and three months of her three-year term.  Defendant explains that through counseling, she has: found sobriety and maintained that sobriety for over four years; reconnected with family members, including her adult daughter; and disassociated herself from "anyone who

could jeopardize [her] sobriety or [her] freedom." Defendant further adds that she now enjoys painting, crocheting, crafting, sewing, and tending to her dogs.

The United States Probation Office (USPO) confirms that prior to relocating to Arkansas and while under supervision in Texas, Defendant did not violate the terms of her supervision and successfully completed all required mental heath and substance abuse treatment, including "random drug testing and counseling sessions." Additionally, the USPO notes that Defendant has paid the $100 special assessment and does not owe any fines or restitution. The USPO maintains that after relocating to Arkansas, Defendant has continued to comply with the terms of her supervision, passing the drug tests and home visits regularly administered by her probation officer. Ultimately, the USPO concludes that Defendant is a candidate for early termination consideration by the Court.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent that they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 2) should be and is hereby **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of probation is hereby terminated.

**IT IS SO ORDERED**, this 5th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge